**B1 (Official Form 1)(04/13)**

| **United States Bankruptcy Court**<br>**Northern District of Illinois** | **Voluntary Petition** |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**L.C. Flooring Inc.** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN<br>(if more than one, state all)<br>**02-0718142** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**5011 Fairview Lane**<br>**Skokie, IL**<br>ZIP Code **60077** | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP Code |
| County of Residence or of the Principal Place of Business:<br>**Cook** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>**PO Box 480351**<br>**Niles, IL**<br>ZIP Code **60714** | Mailing Address of Joint Debtor (if different from street address):<br>ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above):   **777 N Caldwell**<br>**Niles, IL 60714** | |

| **Type of Debtor**<br>(Form of Organization) (Check one box) | **Nature of Business**<br>(Check one box) | **Chapter of Bankruptcy Code Under Which**<br>**the Petition is Filed** (Check one box) |
|---|---|---|
| ☐ Individual (includes Joint Debtors)<br>*See Exhibit D on page 2 of this form.*<br>■ Corporation (includes LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entities,<br>check this box and state type of entity below.) | ☐ Health Care Business<br>☐ Single Asset Real Estate as defined<br>in 11 U.S.C. § 101 (51B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>■ Other | ■ Chapter 7<br>☐ Chapter 9<br>☐ Chapter 11<br>☐ Chapter 12<br>☐ Chapter 13          ☐ Chapter 15 Petition for Recognition<br>of a Foreign Main Proceeding<br>☐ Chapter 15 Petition for Recognition<br>of a Foreign Nonmain Proceeding |

| **Chapter 15 Debtors**<br>Country of debtor's center of main interests:<br><br>Each country in which a foreign proceeding<br>by, regarding, or against debtor is pending: | **Tax-Exempt Entity**<br>(Check box, if applicable)<br>☐ Debtor is a tax-exempt organization<br>under Title 26 of the United States<br>Code (the Internal Revenue Code). | **Nature of Debts**<br>(Check one box)<br>☐ Debts are primarily consumer debts,<br>defined in 11 U.S.C. § 101(8) as<br>"incurred by an individual primarily for<br>a personal, family, or household purpose."          ■ Debts are primarily<br>business debts. |
|---|---|---|

| **Filing Fee** (Check one box) | **Chapter 11 Debtors** |
|---|---|
| ■ Full Filing Fee attached<br><br>☐ Filing Fee to be paid in installments (applicable to individuals only). Must<br>attach signed application for the court's consideration certifying that the<br>debtor is unable to pay fee except in installments. Rule 1006(b). See Official<br>Form 3A.<br><br>☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must<br>attach signed application for the court's consideration. See Official Form 3B. | Check one box:<br>☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).<br>☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).<br>Check if:<br>☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates)<br>are less than $2,490,925 *(amount subject to adjustment on 4/01/16 and every three years thereafter).*<br>Check all applicable boxes:<br>☐ A plan is being filed with this petition.<br>☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors,<br>in accordance with 11 U.S.C. § 1126(b). |

| **Statistical/Administrative Information** | THIS SPACE IS FOR COURT USE ONLY |
|---|---|
| ☐ Debtor estimates that funds will be available for distribution to unsecured creditors.<br>■ Debtor estimates that, after any exempt property is excluded and administrative expenses paid,<br>there will be no funds available for distribution to unsecured creditors. | |

Estimated Number of Creditors

| ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|
| 1-<br>49 | 50-<br>99 | 100-<br>199 | 200-<br>999 | 1,000-<br>5,000 | 5,001-<br>10,000 | 10,001-<br>25,000 | 25,001-<br>50,000 | 50,001-<br>100,000 | OVER<br>100,000 |

Estimated Assets

| ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|
| $0 to<br>$50,000 | $50,001 to<br>$100,000 | $100,001 to<br>$500,000 | $500,001<br>to $1<br>million | $1,000,001<br>to $10<br>million | $10,000,001<br>to $50<br>million | $50,000,001<br>to $100<br>million | $100,000,001<br>to $500<br>million | $500,000,001<br>to $1 billion | More than<br>$1 billion |

Estimated Liabilities

| ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|
| $0 to<br>$50,000 | $50,001 to<br>$100,000 | $100,001 to<br>$500,000 | $500,001<br>to $1<br>million | $1,000,001<br>to $10<br>million | $10,000,001<br>to $50<br>million | $50,000,001<br>to $100<br>million | $100,000,001<br>to $500<br>million | $500,000,001<br>to $1 billion | More than<br>$1 billion |

B1 (Official Form 1)(04/13)                                                                                     Page 2

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **L.C. Flooring Inc.** |

### All Prior Bankruptcy Cases Filed Within Last 8 Years (If more than two, attach additional sheet)

| Location Where Filed:  **- None -** | Case Number: | Date Filed: |
|---|---|---|
| Location Where Filed: | Case Number: | Date Filed: |

### Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor (If more than one, attach additional sheet)

| Name of Debtor: **- None -** | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

| Exhibit A | Exhibit B |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) | (To be completed if debtor is an individual whose debts are primarily consumer debts.)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b). |
| ☐ Exhibit A is attached and made a part of this petition. | X _____<br>  Signature of Attorney for Debtor(s)          (Date) |

### Exhibit C

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

### Exhibit D

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

### Information Regarding the Debtor - Venue
(Check any applicable box)

■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

■ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

### Certification by a Debtor Who Resides as a Tenant of Residential Property
(Check all applicable boxes)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

B1 (Official Form 1)(04/13)                                                                                                Page 3

## Voluntary Petition

*(This page must be completed and filed in every case)*

**Name of Debtor(s):**

**L.C. Flooring Inc.**

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

### Signature of Attorney*

X **/s/ David H. Cutler** _____
Signature of Attorney for Debtor(s)

**David H. Cutler**
Printed Name of Attorney for Debtor(s)

**Cutler & Associates, Ltd.**
Firm Name

**8430 Gross Point Road #201**
**Skokie, IL 60077**

_____
Address

           **Email: stuartlswanson@gmail.com**
**847-673-8600  Fax: 847-673-8636**
Telephone Number

**August 31, 2013**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X **/s/ Ioan Cont** _____
Signature of Authorized Individual

**Ioan Cont**
Printed Name of Authorized Individual

**President**
Title of Authorized Individual

**August 31, 2013**
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of bankruptcy petition preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. §110; 18 U.S.C. §156.*

B6 Summary (Official Form 6 - Summary) (12/07)

.

# United States Bankruptcy Court

## Northern District of Illinois

In re    **L.C. Flooring Inc.**                                        ,        Case No. _____
Debtor

Chapter_____**7**_____

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each.  Report the totals from Schedules A,
B, D, E, F, I, and J in the boxes provided.  Add the amounts from Schedules A and B to determine the total amount of the debtor's assets.
Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must
also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | 0.00 | | |
| B - Personal Property | Yes | 3 | 0.00 | | |
| C - Property Claimed as Exempt | No | 0 | | | |
| D - Creditors Holding Secured Claims | Yes | 1 | | 25,111.00 | |
| E - Creditors Holding Unsecured Priority Claims  (Total of Claims on Schedule E) | Yes | 3 | | 36,876.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 31 | | 625,839.93 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | No | 0 | | | N/A |
| J - Current Expenditures of Individual Debtor(s) | No | 0 | | | N/A |
| Total Number of Sheets of ALL Schedules | | 41 | | | |
| Total Assets | | | 0.00 | | |
| Total Liabilities | | | | 687,826.93 | |

Form 6 - Statistical Summary (12/07)

.

# United States Bankruptcy Court
## Northern District of Illinois

In re    **L.C. Flooring Inc.**                                                    ,          Case No. _____

                                          Debtor          Chapter_____**7**_____

# STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C.§ 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☐   Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | |
| Student Loan Obligations (from Schedule F) | |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | |
| TOTAL | |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | |
| Average Expenses (from Schedule J, Line 18) | |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20 ) | |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | |
| 4. Total from Schedule F | | |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | |

B6A (Official Form 6A) (12/07)

In re   **L.C. Flooring Inc.**

,   Case No. _____

Debtor

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim." If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
| --- | --- | --- | --- | --- |
| **None** | | | | |

|  | Sub-Total > | **0.00** | (Total of this page) |
| --- | --- | --- | --- |
|  | Total > | **0.00** | |

__0__   continuation sheets attached to the Schedule of Real Property

(Report also on Summary of Schedules)

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy

B6B (Official Form 6B) (12/07)

.

In re    **L.C. Flooring Inc.**                                                    ,    Case No. _____
Debtor

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."

If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|:---:|---|:---:|---|
| 1.  Cash on hand | X | | | |
| 2.  Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | X | | | |
| 3.  Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4.  Household goods and furnishings, including audio, video, and computer equipment. | X | | | |
| 5.  Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6.  Wearing apparel. | X | | | |
| 7.  Furs and jewelry. | X | | | |
| 8.  Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9.  Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities. Itemize and name each issuer. | X | | | |

Sub-Total >          **0.00**
(Total of this page)

__2__   continuation sheets attached to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re    **L.C. Flooring Inc.**                            ,      Case No. _____

Debtor

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |

Sub-Total >     **0.00**
(Total of this page)

Sheet   __1__   of   __2__   continuation sheets attached
to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re   **L.C. Flooring Inc.**                                      ,     Case No. _____
_____
                              Debtor

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | X | | | |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment, and supplies used in business. | | **Only assets are 6-7 piece of used floor stripping and buffing equip. They are residential grade and one person standup machines. Corporation has no other assets, pending contracts, accounts receivables, inventory or property. The corporation owes Money A-American Custom Flooring 60,000 to 80,000 in accounts payable. Not doing business anymore.** | - | 0.00 |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |

|  |  |
|---|---|
| Sub-Total > | 0.00 |
| (Total of this page) | |
| Total > | 0.00 |

Sheet __2__ of __2__ continuation sheets attached
to the Schedule of Personal Property

(Report also on Summary of Schedules)

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com                                          Best Case Bankruptcy

B6D (Official Form 6D) (12/07)

In re **L.C. Flooring Inc.** ,     Case No. _____

Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | | |
| Account No. **xxxxxx2392** | | | | | 7/2008 | | | | | |
| **Harris N.a.** **Bmo-Attention: Legal Service** **1100 W. Monroe 421 E** **Chicago, IL 60603** | - | | | | **Purchase Money Security** **2007 Range Rover HSE Sport Utility 4D.** **Value established by Carmax valuation.** | | | | | |
| | | | | | Value $      **20,000.00** | | | | **25,111.00** | **5,111.00** |
| Account No. | | | | | | | | | | |
| | | | | | Value $ | | | | | |
| Account No. | | | | | | | | | | |
| | | | | | Value $ | | | | | |
| Account No. | | | | | | | | | | |
| | | | | | Value $ | | | | | |

   **0**    continuation sheets attached

| | | |
|---|---|---|
| Subtotal (Total of this page) | **25,111.00** | **5,111.00** |
| Total (Report on Summary of Schedules) | **25,111.00** | **5,111.00** |

B6E (Official Form 6E) (4/13)

.

In re  **L.C. Flooring Inc.**                                                                    ,    Case No. _____
                                                   Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS** (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic support obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

■ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $12,475* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $6,150* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

Claims of individuals up to $2,775* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

■ **Taxes and certain other debts owed to governmental units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**

Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

*\* Amount subject to adjustment on 4/01/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

**2**      continuation sheets attached

B6E (Official Form 6E) (4/13) - Cont.

In re    **L.C. Flooring Inc.**                                                   ,    Case No. _____

Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Wages, salaries, and commissions**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| Account No. | | | 08-004215 | | | | | | |
| **Attorney General** **c/o  Mark Ishu** **100 West Randolph 13th Fl** **Chicago, IL 60601** | - | | | | | | 2,162.00 | 0.00 | 2,162.00 |
| Account No. | | | | | | | | | |
| | | | | | | | | | |
| Account No. | | | | | | | | | |
| | | | | | | | | | |
| Account No. | | | | | | | | | |
| | | | | | | | | | |
| Account No. | | | | | | | | | |
| | | | | | | | | | |

Sheet **1** of **2** continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal
(Total of this page)

| | | |
|---|---|---|
| 0.00 | | |
| 2,162.00 | | 2,162.00 |

B6E (Official Form 6E) (4/13) - Cont.

In re **L.C. Flooring Inc.** _____,   Case No. _____

Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Taxes and Certain Other Debts
Owed to Governmental Units**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| Account No. | | | 1096511 | | | | | | |
| **City of Chicago** **Dept. of Business Affairs** **121 N LaSalle St. Rm 800** **Chicago, IL 60602** | - | | | | | | | 0.00 | |
| | | | | | | | 600.00 | 600.00 | |
| Account No. | | | Sales Tax | | | | | | |
| **Illinois Department of Revenue** **PO Box 19035** **Springfield, IL 62794-9035** | - | | | | | | | 0.00 | |
| | | | | | | | 34,114.00 | 34,114.00 | |
| Account No. | | | | | | | | | |
| | | | | | | | | | |
| Account No. | | | | | | | | | |
| | | | | | | | | | |
| Account No. | | | | | | | | | |
| | | | | | | | | | |

Sheet __2__ of __2__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | Subtotal (Total of this page) | 0.00 | |
|---|---|---|---|
| | | 34,714.00 | 34,714.00 |
| | Total (Report on Summary of Schedules) | 0.00 | |
| | | 36,876.00 | 36,876.00 |

B6F (Official Form 6F) (12/07)

In re __L.C. Flooring Inc._____ , Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐  Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W | J C | | | | | |
| Account No.  **A American Custom- Niles 7777 N. Caldwell Niles, IL 60714** | - | | | | **Business expneses for flooring company. Materials.** | | | | **80,000.00** |
| Account No.  **Allied Waste 2608 S. Damen Chicago, IL 60608** | - | | | | **Utilities** | | | | **223.66** |
| Account No.  xxxxxxxxxxx0963  **American Express American Express Special Research Po Box 981540 El Paso, TX 79998** | - | | | | **Opened  4/19/99  Last Active  4/30/09 This credit card was used primarily for building out restaurant/nightclub and to fix up 5011 Fairview. Debtor has not used this card in over 3 yrs.** | | | | **16,958.00** |
| Account No.  xxxxxxxxxxx4983  **American Express American Express Special Research Po Box 981540 El Paso, TX 79998** | - | | | | **Opened  5/01/99  Last Active  5/01/09 CreditCard** | | | | **3,053.00** |
| __30__  continuation sheets attached | | | | | Subtotal (Total of this page) | | | | **100,234.66** |

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com                                                           S/N:29870-130819    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **L.C. Flooring Inc.**                                                    ,    Case No. _____

Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxxxxxxxxxxx0262**<br><br>**American Express**<br>**American Express Special Research**<br>**Po Box 981540**<br>**El Paso, TX 79998** | - | | **Opened 6/01/99 Last Active 11/01/05**<br>**CreditCard** | | | | 0.00 |
| Account No. **xxxxxxxxxxxxxx6142**<br><br>**American Express**<br>**American Express Special Research**<br>**Po Box 981540**<br>**El Paso, TX 79998** | - | | **Opened 5/01/99 Last Active 12/01/03**<br>**CreditCard** | | | | 0.00 |
| Account No. **580266494**<br><br>**American Family Insuracne**<br>**6000 American Pkwy**<br>**Madison, WI 53783** | - | | **Insurance** | | | | 1,085.30 |
| Account No. **3002974302**<br><br>**American Family Insuracne**<br>**PO Box 9432**<br>**Minneapolis, MN 55440** | - | | **Insurance** | | | | 68.00 |
| Account No. **15729372**<br><br>**American Family Insuracne**<br>**4802 Mitchell Ave**<br>**St. Joseph, MO 64507** | - | | **Insurance** | | | | 107.03 |

Sheet no. __1__ of __30__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    **1,260.33**

B6F (Official Form 6F) (12/07) - Cont.

In re  **L.C. Flooring Inc.**                                    ,     Case No. _____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **005-802-664-94** <br><br> **American family Insurance** <br> **Madison, WI 53777-0001** | - | | | | | | 161.55 |
| Account No. <br><br> **Apple Store, Old Orchard** <br> **4999 Old Orchard Center** <br> **Skokie, IL 00060-0477** | - | | | | | | 3,000.00 |
| Account No. **25546294** <br><br> **ARS National Services** <br> **PO BOX 463023** <br> **Escondido, CA 92046-3023** | - | | Bloomingdale's | | | | 295.27 |
| Account No. <br><br> **Assurant Solutions** <br> **PO Box 105272** <br> **Atlanta, GA 30348** | - | | Collections for Discover | | | | 0.00 |
| Account No. **6.74847E+12** <br><br> **AT&T** <br> **c/o Accord Creditor Services** <br> **PO BOX 10002** <br> **Newman, GA 30271** | - | | | | | | 253.28 |

Sheet no. __2__ of __30__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                         **3,710.10**

B6F (Official Form 6F) (12/07) - Cont.

In re  **L.C. Flooring Inc.** _____ ,  Case No. _____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. 84767435349659 <br><br> **ATT** <br> **PO Box 8105** <br> **Aurora, IL 60507** | - | | Utilities | | | | 240.00 |
| Account No. <br><br> **Attorney Kimerly J. Weissman** <br> **633 Skokie Blvd, Ste. 400** <br> **Northbrook, IL 60062** | - | | Testa Produce vs. 205 IC d/b/a Meze - 10 M1 203816 | | | | 0.00 |
| Account No. 0030335-9 <br><br> **Bank of America** <br> **PO Box 53150** <br> **Phoenix, AZ 85072** | - | | Safe Deposit Box | | | | 323.20 |
| Account No. 0021168-7 <br><br> **Bank of America** <br> **PO Box 53150** <br> **Phoenix, AZ 85072** | - | | Safe Deposit Box | | | | 166.60 |
| Account No. xxxxxxxxxxxx3829 <br><br> **Bank of America** <br> **PO Box 17295** <br> **Wilmington, DE 19850** | - | | Credit Card | | | | 0.00 |

Sheet no. __3__ of __30__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

729.80

B6F (Official Form 6F) (12/07) - Cont.

In re    **L.C. Flooring Inc.** _____,    Case No. _____
                          Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | |
| Account No. | | - | | | | | | | |
| **Bank of America**<br>**PO BOX 53150**<br>**Phoenix, AZ 85072-3150** | | | | | | | | | **489.00** |
| Account No. **xxxxx3148** | | - | | | Opened  1/01/08  Last Active  5/23/11<br>ConventionalRealEstateMortgage | | | | |
| **Bank Of America, N.a.**<br>**450 American St**<br>**Simi Valley, CA 93065** | | | | | | | | | **0.00** |
| Account No. **xxxxx7826** | | - | | | Opened 12/22/06  Last Active  1/31/08<br>CreditLineSecured | | | | |
| **Bank Of America, N.a.**<br>**450 American St**<br>**Simi Valley, CA 93065** | | | | | | | | | **0.00** |
| Account No. **xxxxx3623** | | - | | | Opened  9/01/06  Last Active 12/29/06<br>CreditLineSecured | | | | |
| **Bank Of America, N.a.**<br>**450 American St**<br>**Simi Valley, CA 93065** | | | | | | | | | **0.00** |
| Account No. **xxxxx7818** | | - | | | Opened 12/01/06  Last Active  1/31/08<br>ConventionalRealEstateMortgage | | | | |
| **Bank Of America, N.a.**<br>**450 American St**<br>**Simi Valley, CA 93065** | | | | | | | | | **0.00** |

Sheet no. __4__ of __30__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**489.00**

B6F (Official Form 6F) (12/07) - Cont.

In re    **L.C. Flooring Inc.** _____,    Case No. _____

                                         Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxxx6670** <br><br> **Bank Of America, N.a.** <br> **450 American St** <br> **Simi Valley, CA 93065** | - | | Opened 11/01/06  Last Active 10/26/07 <br> CreditLineSecured | | | | 0.00 |
| Account No. **xxxxx6662** <br><br> **Bank Of America, N.a.** <br> **450 American St** <br> **Simi Valley, CA 93065** | - | | Opened 11/01/06  Last Active 10/25/07 <br> ConventionalRealEstateMortgage | | | | 0.00 |
| Account No. **xxxxx3615** <br><br> **Bank Of America, N.a.** <br> **450 American St** <br> **Simi Valley, CA 93065** | - | | Opened  9/01/06  Last Active 12/29/06 <br> ConventionalRealEstateMortgage | | | | 0.00 |
| Account No. **xxxxx2516** <br><br> **Bank Of America, N.a.** <br> **450 American St** <br> **Simi Valley, CA 93065** | - | | Opened 10/01/05  Last Active  9/01/06 <br> ConventionalRealEstateMortgage | | | | 0.00 |
| Account No. **xxxxx2524** <br><br> **Bank Of America, N.a.** <br> **450 American St** <br> **Simi Valley, CA 93065** | - | | Opened 10/01/05  Last Active  9/01/06 <br> CreditLineSecured | | | | 0.00 |

Sheet no. __**5**__ of __**30**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                       0.00

B6F (Official Form 6F) (12/07) - Cont.

In re    **L.C. Flooring Inc.**                                              ,    Case No. _____
_____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **Barhorst & Associates PC** <br> **901 W Jackson Blvd, Ste 301** <br> **Chicago, IL 60607** | - | | Collection | | | | 0.00 |
| Account No. <br><br> **Berger, Newmark & Fenchel PC** <br> **1753 N. Tripp Ave** <br> **Chicago, IL 60639** | - | | Legal | | | | 291.00 |
| Account No. <br><br> **Blitt and Gaines PC** <br> **661 Glenn Ave** <br> **Wheeling, IL 60090** | - | | Citibank South Dakota vs. loan Cont- 09 M1 205405 | | | | 0.00 |
| Account No. 726076581 <br><br> **Bloomingdales** <br> **PO Box 183083** <br> **Columbus, OH 43218** | - | | Credit Card | | | | 176.79 |
| Account No. 726076581 <br><br> **Bloomingdales** <br> **PO Box 183083** <br> **Columbus, OH 43218** | - | | Credit Card | | | | 138.87 |

Sheet no. __6__ of __30__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

606.66

B6F (Official Form 6F) (12/07) - Cont.

In re  **L.C. Flooring Inc.** _____ ,    Case No. _____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | J C | | | | | |
| Account No. **40050839** | | | | | | | | | |
| BSB Direct Finance, LLC PO Box 2149 Gig Harbor, WA 98335 | - | | | | | | | | 2,147.00 |
| Account No. | | | | | | | | | |
| Cassidy Tire and Service 7220 N. Cicero Ave Lincolnwood, IL 60172 | - | | | | | | | | 1,500.00 |
| Account No. | | | | | | | | | |
| CD Peacock 1128 Northbrook Ct Northbrook, IL 60062 | - | | | | | | | | 13,000.00 |
| Account No. **xx xx xx9149** | | | | | | | | | |
| Chaet Kaplan Baim Firm 30 N LaSalle St. Ste. 1520 Chicago, IL 60602 | - | | | | | | | | Unknown |
| Account No. **xxxxxxxxxxx0555** | | | | | Opened 11/01/00  Last Active  3/24/09 This credit card was used primarily for building out restaurant/nightclub and to fix up 5011 Fairview. Debtor has not used this card in over 3 yrs. | | | | |
| Chase Po Box 15298 Wilmington, DE 19850 | - | | | | | | | | 23,008.00 |

Sheet no. __**7**___ of __**30**__  sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

39,655.00

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **L.C. Flooring Inc.**    ,    Case No. _____
_____
Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxxxxxx0555**<br><br>**Chase**<br>**PO Box 15153**<br>**Wilmington, DE 19886** | - | | **Credit Card** | | | | **3,636.54** |
| Account No. **xxxxxxxxx3308**<br><br>**Chase Manhattan**<br>**Attn:  Bankruptcy Research Dept**<br>**3415 Vision Dr., Mail Code Oh4-7302**<br>**Columbus, OH 43219** | - | | **Opened  9/01/05  Last Active  3/31/06**<br>**Automobile** | | | | **0.00** |
| Account No. **xxxxxx4520**<br><br>**Chrysler Credit/TD Auto Finance**<br>**Attention: Bankruptcy**<br>**Po Box 551080**<br>**Jacksonville, FL 32255** | - | | **Opened  2/01/05  Last Active  5/02/06**<br>**Automobile** | | | | **0.00** |
| Account No. **xxxxxxxx6121**<br><br>**Citi**<br>**CitiCard Credit Services/Centralized Ban**<br>**Po Box 20507**<br>**Kansas City, MO 64195** | - | | **Opened  2/01/00  Last Active  6/01/03**<br>**CreditCard** | | | | **0.00** |
| Account No. **xxxxxxxxxxx3970**<br><br>**Citibank Sd, Na**<br>**Attn: Centralized Bankruptcy**<br>**Po Box 20507**<br>**Kansas City, MO 64195** | - | | **Opened  4/01/99  Last Active  3/20/09**<br>**This credit card was used primarily for building out restaurant/nightclub and to fix up 5011 Fairview. Debtor has not used this card in over 3 yrs.** | | | | **29,547.00** |

Sheet no. __8___ of __30__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**33,183.54**

B6F (Official Form 6F) (12/07) - Cont.

In re   **L.C. Flooring Inc.**                                              ,        Case No. _____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxxxxxxxxx5473** <br><br> **Citibank Sd, Na** <br> **Attn: Centralized Bankruptcy** <br> **Po Box 20507** <br> **Kansas City, MO 64195** | - | | **Opened  5/01/00  Last Active  1/05/06** <br> **CreditCard** | | | | 0.00 |
| Account No. **xxxxxxxxxxx2881** <br><br> **Citibank Usa** <br> **Citicorp Credit Services/Attn: Centraliz** <br> **Po Box 20363** <br> **Kansas City, MO 64195** | - | | **Opened  2/01/99  Last Active 12/08/00** <br> **ChargeAccount** | | | | 0.00 |
| Account No. <br><br> **Codilis & Associates, PC** <br> **15W030 N. Frontage Rd, Ste. 100** <br> **Burr Ridge, IL 60527** | | | **Suntrust Mortgage vs. loan Cont - 10 CH 021407** | | | | 0.00 |
| Account No. 291691 <br><br> **Collect America Commercial Services** <br> **16011 College Blvd, Ste. 101** <br> **Lenexa, KS 66219** | - | | **This is a collection company for equipment lease used for LC Flooring.** | | | | 23,921.15 |
| Account No. 8.7711E+15 <br><br> **Comcast** <br> **c/o Stellar Recovery** <br> **1327 Highway 2 W, Suite 100** <br> **Kalispell, MT 59901-3413** | - | | | | | | 373.41 |

Sheet no. __9__ of __30__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

24,294.56

B6F (Official Form 6F) (12/07) - Cont.

In re   **L.C. Flooring Inc.** _____ ,   Case No. _____
                                        Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. 8771100870173840<br><br>Comcast Cable<br>PO Box 3002<br>Southeastern, PA 19398-3002 | - | | | Utilities | | | | 555.82 |
| Account No. 1868741021<br><br>ComEd<br>PO Box 6111<br>Carol Stream, IL 60197 | - | | | Utilities | | | | 221.35 |
| Account No. 7023160060<br><br>ComEd<br>PO Box 6111<br>Carol Stream, IL 60197 | - | | | Utilities | | | | 663.98 |
| Account No. 61201170<br><br>Complete Payment Recovery Services<br>PO BOX 30031<br>Tampa, FL 33630-3031 | - | | | Business C - Bloomingdales | | | | 733.64 |
| Account No. 61187359<br><br>Complete Payment Recovery Services<br>PO BOX 30032<br>Tampa, FL 33630-3032 | - | | | Business C - Howard Orloff Imports | | | | 292.28 |

Sheet no. __10__ of __30__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    **2,467.07**

B6F (Official Form 6F) (12/07) - Cont.

In re    **L.C. Flooring Inc.** _____,    Case No. _____
                                                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br>**Connor & Gallagher**<br>**4933 Lincoln Ave**<br>**Lisle, IL 60532** | - | | | | | | **0.00** |
| Account No. **xxxxxx0585** <br><br>**Crd Prt Asso**<br>**Attn: Bankruptcy**<br>**Po Box 802068**<br>**Dallas, TX 75380** | - | | **Opened  7/01/11**<br>**CollectionAttorney Comcast** | | | | **373.00** |
| Account No. **8030503737** <br><br>**Credit Collection Services**<br>**Two Wells Avenue**<br>**Newton, MA 02459** | - | | **Collection for Commonwealth Edison** | | | | **227.32** |
| Account No. **5045101204** <br><br>**Credit Collection Services**<br>**Two Wells Ave**<br>**Newton, MA 02459** | - | | **American Family Insurance** | | | | **161.55** |
| Account No. **1638950585** <br><br>**Credit Protection Association L. P.**<br>**13355 Noel Road**<br>**Dallas, Tx 75240** | - | | **Collection for Comcast** | | | | **813.41** |

Sheet no. __11__ of __30__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    **1,575.28**

B6F (Official Form 6F) (12/07) - Cont.

In re    **L.C. Flooring Inc.**                                                      ,    Case No. _____
                                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **337414853**<br><br>**DebtAlert**<br>**PO Box 280431**<br>**East Hartford, CT 06128** | - | | Collection | | | | 294.00 |
| Account No.<br><br>**Deem T. Maragos**<br>**1 N. Lasalle, Ste 2200**<br>**Chicago, IL 60602** | - | | | | | | 0.00 |
| Account No.<br><br>**Demetrios J. Haleas**<br>**3940 W. Touhy Ave, Ste. 1**<br>**Lincolnwood, IL 60712** | - | | Insurance | | | | 0.00 |
| Account No.<br><br>**Direct TV**<br>**PO Box 60036**<br>**Los Angeles, CA 90060** | - | | Utilities | | | | 170.98 |
| Account No.<br><br>**Discover Bank**<br>**c/o Budzik & Dynia, LLC**<br>**4849 N. Milwaukee Ave.**<br>**Suite 801**<br>**Chicago, IL 60630** | - | | | | | | 14,797.00 |

Sheet no. __12__ of __30__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                     15,261.98

B6F (Official Form 6F) (12/07) - Cont.

In re   **L.C. Flooring Inc.** _____,   Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. xxxxxxxxxxx6319 <br><br> **Discover Fin** <br> **Attention: Bankruptcy Department** <br> **Po Box 3025** <br> **New Albany, OH 43054** | - | | **Opened 6/01/99 Last Active 3/22/09** <br> **This credit card was used primarily for building out restaurant/nightclub and to fix up 5011 Fairview. Debtor has not used this card in over 3 yrs.** | | | | 14,797.00 |
| Account No. xxxxxx5802 <br><br> **Dsnb Bloom** <br> **Macy's Bankruptcy Dept.** <br> **9111 Duke Blvd.** <br> **Mason, OH 45040** | - | | **Opened 4/01/98 Last Active 8/05/10** <br> **ChargeAccount** | | | | 295.00 |
| Account No. G22675891 <br><br> **ER Solutions Inc** <br> **PO Box 9004** <br> **Renton, WA 98057** | - | | **Collection for BOA** | | | | 210.84 |
| Account No. 635065303 <br><br> **First Merit Bank** <br> **295 First Merit Circle** <br> **Akron, OH 44307** | - | | **Checking** | | | | 202.00 |
| Account No. xxxx0073 <br><br> **First Merit Bank** <br> **294 First Merit Cir.** <br> **Akron, OH 44307-2358** | - | | **Business** | | | | 157.97 |

Sheet no. __13__ of __30__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

15,662.81

B6F (Official Form 6F) (12/07) - Cont.

In re __**L.C. Flooring Inc.**_____,   Case No. _____
Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5250000081**<br><br>**First Merit Bank**<br>**295 First Merit Cir.**<br>**Akron, OH 44307-2359** | - | | **Business** | | | | **0.00** |
| Account No.<br><br>**Fortessa**<br>**c/o Teller, Levit & Silvertrust**<br>**11 East Adams Ste. 800**<br>**Chicago, IL 60603** | - | | **09 M1 201014** | | | | **Unknown** |
| Account No.<br><br>**Fortessa Inc**<br>**22601 Davis Dr**<br>**Sterling, VA 20164** | - | | **Misc** | | | | **598.35** |
| Account No. **6019210711544580**<br><br>**GE Money**<br>**PO Box 960061**<br>**Orlando, FL 32896** | - | | **Credit Card used for furniture for the restaurant listed on Schedule B.** | | | | **16,324.06** |
| Account No. **xxxxxxxxxxx0096**<br><br>**Gemb/JC Penny**<br>**Attention: Bankruptcy**<br>**Po Box 103104**<br>**Roswell, GA 30076** | - | | **Opened 5/01/99 Last Active 3/01/12 ChargeAccount** | | | | **0.00** |

Sheet no. _**14**_ of _**30**_ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)   **16,922.41**

B6F (Official Form 6F) (12/07) - Cont.

In re   **L.C. Flooring Inc.**                                    ,        Case No. _____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **xxxxxxxxxxx4586**<br><br>**Gemb/mohawk Color Cent**<br>**Attention: Bankruptcy**<br>**Po Box 103104**<br>**Roswell, GA 30076** | - | | | **Opened  8/12/07  Last Active  1/19/09**<br>**ChargeAccount** | | | | **0.00** |
| Account No.<br><br>**Gerber Collision and Glass**<br>**8250 Skokie Blvd**<br>**Skokie, IL 60077** | - | | | | | | | **1,000.00** |
| Account No. **xxxxxxxxxxxx1283**<br><br>**Glenview State Bank**<br>**800 Waukegan Rd**<br>**Glenview, IL 60025** | - | | | **Opened 12/01/03  Last Active  3/22/06**<br>**Automobile** | | | | **0.00** |
| Account No. **193**<br><br>**Green Summer Landscaping Inc**<br>**800 E Ironwood Dr**<br>**Mt Prospect, IL 60056** | - | | | **Misc** | | | | **655.00** |
| Account No.<br><br>**Harris Bank**<br>**PO BOX 6201**<br>**Carol Stream, IL 60197-6201** | - | | | | | | | **1,082.00** |

Sheet no. __15__ of __30__ sheets attached to Schedule of                          Subtotal                  | **2,737.00** |
Creditors Holding Unsecured Nonpriority Claims                               (Total of this page)

B6F (Official Form 6F) (12/07) - Cont.

In re   **L.C. Flooring Inc.** _____,   Case No. _____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **6100302392**<br><br>**Harris Bank/Attn: BK Notices**<br>**3800 Golf Road, Ste. 300**<br>**Rolling Meadows, IL 60008** | - | | | | | | **0.00** |
| Account No. **5599111507**<br><br>**Harris Bank/Attn: BK Notices**<br>**3801 Golf Road, Ste. 300**<br>**Rolling Meadows, IL 60009** | - | | | | | | **0.00** |
| Account No. **xx3614**<br><br>**Home Dept**<br>**890 Oak Creek Dr.**<br>**Lombard, IL 60148** | - | | **Building materials** | | | | **7,430.00** |
| Account No.<br><br>**Hopper Architectural Products**<br>**1131 Douglass Rd**<br>**Batavia, IL 60510** | - | | | | | | **5,066.00** |
| Account No. **xxxxxxxxxxx5329**<br><br>**Hsbc Bank**<br>**Attn: Bankruptcy**<br>**Po Box 5213**<br>**Carol Stream, IL 60197** | - | | **Opened 8/01/99 Last Active 9/01/03**<br>**CreditCard** | | | | **0.00** |

Sheet no. __**16**__ of __**30**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**12,496.00**

B6F (Official Form 6F) (12/07) - Cont.

In re   **L.C. Flooring Inc.**                                              ,        Case No. _____
                                        Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J JC | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxxxxxxxxx3486**<br><br>**Hsbc Bank<br>Po Box 5253<br>Carol Stream, IL 60197** | - | | **Opened 5/01/98 Last Active 7/01/03<br>CreditCard** | | | | **0.00** |
| Account No. **xxxxxxxxxxxx5578**<br><br>**Hsbc Nv<br>Attention: Bankruptcy<br>Po Box 5213<br>Carol Stream, IL 60197** | - | | **Opened 1/27/99 Last Active 12/01/04<br>CreditCard** | | | | **0.00** |
| Account No. **13568216**<br><br>**Illinois Collection Service<br>PO Box 1010<br>Tinley Park, IL 60477** | - | | **Collections for Loyola** | | | | **55.00** |
| Account No. **90070**<br><br>**Kohner Mann & Kailas<br>4650 N. Port Washington Rd<br>Milwaukee, WI 53212** | - | | **Insurance** | | | | **1,815.00** |
| Account No.<br><br>**Law Office of Ira T. Nevel<br>175 N. Franklin, Ste. 201<br>Chicago, IL 60606** | - | | **BAC Home Loan vs. loan Cont- 10 CH 33854** | | | | **0.00** |

Sheet no. __17__ of __30__ sheets attached to Schedule of                                Subtotal
Creditors Holding Unsecured Nonpriority Claims                                    (Total of this page)      **1,870.00**

B6F (Official Form 6F) (12/07) - Cont.

In re    **L.C. Flooring Inc.**                                                ,    Case No. _____
                                        Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. <br><br> **Law Office of Michael Radzilowsky, Esq** <br> **234 S Wabash 7th Flr** <br> **Chicago, IL 60604** | | - | | Legal | | | | 0.00 |
| Account No. <br><br> **Law Office of Robert L. Pattullo** <br> **10 S. LaSalle St, Ste. 3400** <br> **Chicago, IL 60603** | | - | | US Bank N.A. vs. L.C. Flooring Inc - 10 L 8629 | | | | 0.00 |
| Account No. 19892420001-6 <br><br> **Loyola University Health Sys.** <br> **PO Box 4866** <br> **Oak Brook, IL 60522** | | - | | Medical | | | | 536.60 |
| Account No. 1989242 <br><br> **Loyola University Medical Center** <br> **PO Box 3266** <br> **Milwaukee, WI 53201** | | - | | Medical | | | | 70.00 |
| Account No. 15917601 <br><br> **LTD Financial Services LP** <br> **7322 Southwest Frwy, Ste 1600** <br> **Houston, TX 77074** | | - | | Collection | | | | 295.27 |

| | | |
|---|---|---|
| Sheet no. __18__ of __30__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims | Subtotal <br> (Total of this page) | 901.87 |

B6F (Official Form 6F) (12/07) - Cont.

In re    **L.C. Flooring Inc.**                                    ,    Case No. _____
                                    **Debtor**

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Maragos & Maragos Ltd**<br>**1 North LaSalle Ste 2200**<br>**Chicago, IL 60602** | - | | **Legal** | | | | **0.00** |
| Account No.<br><br>**Margos & Margos, Ltd**<br>**c/o Kenneth A. Henry**<br>**1 North LaSalle St, Ste. 2200**<br>**Chicago, IL 60602** | - | | **12 L 004155** | | | | **116,000.00** |
| Account No.<br><br>**Michael D. Fine**<br>**131 S. Dearborn St, Flr 5**<br>**q**<br>**Chicago, IL 60603** | - | | **Chase Bank vs. loan Cont - 09 M1 165537** | | | | **0.00** |
| Account No.<br><br>**Michael Radzilowsky, Esq**<br>**234 S. Wabash, 7th Flr**<br>**Chicago, IL 60604** | - | | | | | | **0.00** |
| Account No. **xxxxxxx4112**<br><br>**Mid America Federal S&**<br>**55th And Holmes**<br>**Clarendon Hill, IL 60514** | - | | **Opened 10/01/03  Last Active 11/20/06**<br>**ConventionalRealEstateMortgage** | | | | **0.00** |

Sheet no. __19__ of __30__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**116,000.00**

B6F (Official Form 6F) (12/07) - Cont.

In re   **L.C. Flooring Inc.**                               ,      Case No. _____

                                Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | |
| Account No. xxxxxxx7917<br><br>**Mid America Federal S&**<br>**55th And Holmes**<br>**Clarendon Hill, IL 60514** | - | | | | Opened 11/01/03 Last Active 11/20/06<br>CreditLineSecured | | | | 0.00 |
| Account No. 2404495460<br><br>**Mid-West National Life Insurance**<br>**Company**<br>**9151 Boulevard 26  PO Box 982101**<br>**North Richards Hills, TX 76182** | - | | | | Insurance | | | | 539.37 |
| Account No. L1989242<br><br>**Nationwide Credit & Collecition, Inc**<br>**815 Commerce Dr Ste 270**<br>**Oak Brook, IL 60523** | - | | | | Collection | | | | 70.00 |
| Account No. xxxxxxxx052009<br><br>**Nationwide Credit Inc**<br>**2015 Vaughn Rd NW Blvd. 400**<br>**Kennesaw, GA 30144** | - | | | | Credit Card | | | | 3,053.62 |
| Account No. GHJ453<br><br>**NCO Financial Systems**<br>**PO Box 17080**<br>**Wilmington, DE 19850** | - | | | | Collections | | | | 270.13 |

Sheet no. __20__ of __30__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal       | 3,933.12
(Total of this page)

B6F (Official Form 6F) (12/07) - Cont.

In re    **L.C. Flooring Inc.**                                    ,    Case No. _____
                          Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **101684** <br><br> **Necc Telecom Inc** <br> **PO Box 4487** <br> **Carol Stream, IL 60197** | - | | **Collection for Comcast** | | | | **112.27** |
| Account No. **xxxxxx6734** <br><br> **Nicor Gas** <br> **Attention:  Bankruptcy Department** <br> **Po Box 190** <br> **Aurora, IL 60507** | - | | **Opened 10/27/07  Last Active  9/20/07** <br> **Agriculture** | | | | **0.00** |
| Account No. **xxxxxx6967** <br><br> **Nicor Gas** <br> **Attention:  Bankruptcy Department** <br> **Po Box 190** <br> **Aurora, IL 60507** | - | | **Opened 11/03/03  Last Active  9/20/07** <br> **Agriculture** | | | | **0.00** |
| Account No. **xxxxxx4986** <br><br> **Nicor Gas** <br> **Attention:  Bankruptcy Department** <br> **Po Box 190** <br> **Aurora, IL 60507** | - | | **Opened  8/15/07  Last Active  2/04/08** <br> **Agriculture** | | | | **Unknown** |
| Account No. **6984433391** <br><br> **Nicor Gas** <br> **PO Box 632** <br> **Aurora, IL 60507-0632** | - | | **Utilities** | | | | **586.57** |

Sheet no. __21__ of __30__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**698.84**

B6F (Official Form 6F) (12/07) - Cont.

In re __**L.C. Flooring Inc.**_____,      Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | overdraft | | | | |
| **North Community Bank 3639 N Broadway Chicago, IL 60613** | - | | | | | | 312.00 |
| Account No. | | | | | | | |
| **Office Max 5507 W. Touhy Ave. Skokie, IL 60077** | - | | | | | | 900.00 |
| Account No. 3956717 | | | Collection for Bloomingdales | | | | |
| **Onmi Credit Services of Florida PO Box 31179 Tampa, FL 33631** | - | | | | | | 295.27 |
| Account No. | | | | | | | |
| **Orlic Plumbing and Heating 4411 Elston Ave. Chicago, IL 60630** | - | | | | | | 0.00 |
| Account No. | | | | | | | |
| **Ovidiu Stelian Demien 7025 N. Kenton Lincolnwood, IL 60712** | - | | | | | | 0.00 |
| Sheet no. __22__ of __30__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims | | | Subtotal (Total of this page) | | | | 1,507.27 |

B6F (Official Form 6F) (12/07) - Cont.

In re   **L.C. Flooring Inc.**                                              ,   Case No. _____
                                  Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HWJC | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **1500500483** <br><br> **Park National Bank** <br> **PO Box 4000** <br> **Oak Park, IL 60303** | - | | Small Business Loan for LC Flooring. Money used for business. Used an original 88,454 and debtor paid back 50,000 | | | | 50,000.00 |
| Account No. <br><br> **Pawnee** <br> **700 Center Ave** <br> **Fort Collins, CO 80526** | - | | | | | | 0.00 |
| Account No. <br><br> **Peoples Gas** <br> **130 East Randoph Street** <br> **Chicago, IL 60601** | - | | Utilites | | | | 541.34 |
| Account No. **6715676** <br><br> **RDK Collection Services Inc** <br> **318 John R. Rd PMB 321** <br> **Troy, MI 48083** | - | | Collections for NECC Telecom | | | | 105.69 |
| Account No. **xxxx4242** <br><br> **Receivables Performanc** <br> **Po Box 768** <br> **Bothell, WA 98041** | - | | Creditor Obtained in 2009 Collection for an Orion First Financial Account. This is a shortfall for a secured purchase made by debtor. Debtor returned the collarteral to the creditor and this amount is the shortfall that they are claiming. | | | | 60,702.00 |

Sheet no. __23__ of __30__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

111,349.03

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com

B6F (Official Form 6F) (12/07) - Cont.

In re    **L.C. Flooring Inc.** _____,    Case No. _____
                                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. xxxxxxxxxxx4622 <br><br> **Richland State Bank** <br> **Po Box 89937** <br> **Sioux Falls, SD 57109** | - | | Opened 1/01/99 Last Active 2/05/04 CreditCard | | | | 0.00 |
| Account No. 337414853 <br><br> **RMS** <br> **77 Hartland St, Ste. 401** <br> **East Hartford, CT 06128** | - | | Collections | | | | 293.00 |
| Account No. xxxx3352 <br><br> **Sears/cbna** <br> **Po Box 6282** <br> **Sioux Falls, SD 57117** | - | | Opened 3/01/99 Last Active 7/01/00 ChargeAccount | | | | 0.00 |
| Account No. 418568945 <br><br> **Slater, Tengalia, Fritz&Hunt,PA** <br> **Lockbox 2431, PO BOX 8500** <br> **Philadelphia, PA 19178-2431** | - | | Business C - Travelers Indeminity Co | | | | 114.42 |
| Account No. 534271199 <br><br> **Sprint** <br> **PO Box 8077** <br> **London, KY 40742** | - | | Utilities | | | | 97.37 |

Sheet no. __24__ of __30__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    504.79

B6F (Official Form 6F) (12/07) - Cont.

In re   **L.C. Flooring Inc.**                                          ,          Case No. _____
                                  Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | | | | | |
| State of Illinois Department of Employment PO BOX 802551 Chicago, IL 60680-2551 | - | | | | | | | 0.00 |
| Account No. | | | | | | | | |
| State of Illinois Department of Revenue PO BOX 19035 Springfield, IL 62794-9035 | - | | | | | | | 34,375.31 |
| Account No. | | | | | | | | |
| Stavros Korovillas 7029 Lavergne Chicago, IL 60077 | - | | | | | | | Unknown |
| Account No. **45107** | | | | | | | | |
| Studio 14 Lincolnwood 4767 W. Touhy Lincolnwood, IL 60712 | - | | | | | | | 3,500.00 |
| Account No. | | | | | | | | |
| Studio 41 4767 W Touhy Lincolnwood, IL 60712 | - | | | | | | | 0.00 |

Sheet no. __25__ of __30__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                37,875.31

B6F (Official Form 6F) (12/07) - Cont.

In re  **L.C. Flooring Inc.**                                      , Case No. _____
                                  Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **146263488** <br><br> **SunTrust Mortgage** <br> **901 Semms Avenue** <br> **Richmond, VA 23224** | - | | **Mortgage** | | | | **Unknown** |
| Account No. **xxxxxxxxx3488** <br><br> **Suntrust Mortgage/cc 5** <br> **Attention:  Bankruptcy Division** <br> **Po Box 85092** <br> **Richmond, VA 23286** | - | | **Opened 10/01/07  Last Active  2/08/10** <br> **ConventionalRealEstateMortgage** | | | | **Unknown** |
| Account No. **101684** <br><br> **Talati & Patel, PLLC** <br> **1607 E. Big Beaver Rd., Ste. 340** <br> **Troy, MI 48083** | - | | **Collection for NECC** | | | | **105.69** |
| Account No. **1385000010039010000** <br><br> **The Heritage Condominum** <br> **130 N. Garland Court** <br> **Chicago, IL 60602** | - | | **Misc** | | | | **8,484.42** |
| Account No. **510090-087** <br><br> **Thomas George Associates** <br> **PO Box 30** <br> **East Northport, NY 11731** | - | | **Insurance** | | | | **2,924.00** |

Sheet no. __26__ of __30__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**11,514.11**

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com

B6F (Official Form 6F) (12/07) - Cont.

In re   **L.C. Flooring Inc.**                                    ,          Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | J C | | | | | |
| Account No. **xxxxx0-087**<br><br>**Thomas George Associates, Ltd.**<br>**PO Box 30**<br>**East Northport, NY 11731** | | - | | | **Car Accident** | | | | **Unknown** |
| Account No. **4348673**<br><br>**Torres Credit Services Inc**<br>**27 Fairview Street**<br>**Carlisle, PA 17015** | | - | | | **Collection for Commonwealth Edison** | | | | **230.73** |
| Account No. **xxx5758**<br><br>**Torres Credit Srv**<br>**27 Fairview**<br>**Carlisle, PA 17013** | | - | | | **Opened  9/01/11**<br>**CollectionAttorney Commonwealth Edison Co** | | | | **234.00** |
| Account No.<br><br>**Transworld Systems**<br>**1375 E. Woodfield Rd, #110**<br>**Schaumburg, IL 60173** | | - | | | **Collection** | | | | **260.53** |
| Account No. **6982a9159**<br><br>**Travelers Argo Insurance Agency**<br>**10700 W Higgins RD 230**<br>**Rosemont, IL 60018** | | - | | | **Misc** | | | | **114.42** |

Sheet no. __**27**__ of __**30**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                        **839.68**

B6F (Official Form 6F) (12/07) - Cont.

In re    **L.C. Flooring Inc.** _____ ,    Case No. _____
                                        Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **Travelers Indemnity Co** <br> **c/o RMS** <br> **77 Hartland St, Suite 401** <br> **PO BOX 280431** <br> **East Hartford, CT 06128-0431** | - | | | | | | 114.42 |
| Account No. <br><br> **Tri-State** <br> **5840 W Irving RD** <br> **Chicago, IL 60634** | - | | Misc | | | | 0.00 |
| Account No. 36122263625163 <br><br> **TRS Recovery Services, Inc.** <br> **PO BOX 4812** <br> **Houston, TX 77210-4812** | - | | Office Max | | | | 839.23 |
| Account No. 351222790000220 <br><br> **TRS Recovery Services, Inc.** <br> **PO BOX 4812** <br> **Houston, TX 77210-4812** | - | | Business C - Apple | | | | 2,913.43 |
| Account No. <br><br> **UPAC** <br> **PO Box 212516** <br> **Kansas City, MO 64121** | - | | Insurance for business | | | | 655.00 |

Sheet no. __28__ of __30__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    **4,522.08**

B6F (Official Form 6F) (12/07) - Cont.

In re    **L.C. Flooring Inc.**                                          ,    Case No. _____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **374029**  <br><br> **UPAC** <br> **PO BOX 212516** <br> **Kansas City, MO 64121-2516** | - | | | | | | 655.23 |
| Account No. **154582858176** <br><br> **US Bank** <br> **PO Box 1800** <br> **St. Paul, MN 55101** | - | | Checking | | | | 116.73 |
| Account No. **250031020960** <br><br> **US Bank** <br> **PO Box 790401** <br> **St. Louis, MO 63179** | - | | Business loan for LC Flooring | | | | 10,609.23 |
| Account No. **25-0031020960** <br><br> **US Bank** <br> **PO BOX 790401** <br> **St. Louis, MO 63179-0401** | - | | | | | | 49,956.44 |
| Account No. **154582858176** <br><br> **US Bank** <br> **PO BOX 790402** <br> **ST. Louis, MO 63179-0402** | - | | Business Bank Account | | | | 0.00 |

Sheet no. __29__ of __30__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

61,337.63

B6F (Official Form 6F) (12/07) - Cont.

In re    **L.C. Flooring Inc.**                                    ,    Case No. _____
                            Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **10-027999**<br><br>**Village of Skokie**<br>**5127 Oakton**<br>**Skokie, IL 60077** | - | | **Collections for Skokie** | | | | 150.00 |
| Account No. **10-024436**<br><br>**Village of Skokie**<br>**5129 Oakton**<br>**Skokie, IL 60079** | - | | **Collections for Skokie** | | | | 50.00 |
| Account No.<br><br>**Williams Sonama**<br>**113 Old Orchard Center, Ste D113**<br>**Skokie, IL 60077** | - | | | | | | 1,500.00 |
| Account No. **09M21819**<br><br>**Zwicker & Associates**<br>**7366 N. Lincoln Ave, Ste 404**<br>**Lincolnwood, IL 60712** | - | | **Collections for Amex** | | | | 0.00 |
| Account No.<br><br> | | | | | | | |

Sheet no. __30__ of __30__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

| | | |
|---|---|---|
| Subtotal<br>(Total of this page) | 1,700.00 |
| Total<br>(Report on Summary of Schedules) | 625,839.93 |

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

B6G (Official Form 6G) (12/07)

.

In re      **L.C. Flooring Inc.**                                                          ,          Case No. _____
                                                    Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property.  Include any timeshare interests.  State nature of debtor's interest in contract, i.e., "Purchaser", "Agent", etc.  State whether debtor is the lessor or lessee of a lease.  Provide the names and complete mailing addresses of all other parties to each lease or contract described.  If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

■ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
| --- | --- |
| | |

**0**
_____ continuation sheets attached to Schedule of Executory Contracts and Unexpired Leases

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com                                                                    Best Case Bankruptcy

B6H (Official Form 6H) (12/07)

.

In re   **L.C. Flooring Inc.**                                                    ,        Case No. _____
                                                      Debtor

# SCHEDULE H - CODEBTORS

    Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors.  Include all guarantors and co-signers.  If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory.  Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case.  If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

■  Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|

**0**
_____ continuation sheets attached to Schedule of Codebtors

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

B6 Declaration (Official Form 6 - Declaration). (12/07)

# United States Bankruptcy Court
## Northern District of Illinois

In re   **L.C. Flooring Inc.**                                    Case No. _____
                                      Debtor(s)        Chapter    **7**

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the President of the corporation named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of ___**43**___ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date   **August 31, 2013**                    Signature   **/s/ Ioan Cont**
                                                           **Ioan Cont**
                                                           **President**

*Penalty for making a false statement or concealing property:*  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

B7 (Official Form 7) (04/13)

# United States Bankruptcy Court
## Northern District of Illinois

In re __L.C. Flooring Inc.__                                                Case No.

                                       Debtor(s)                  Chapter   __7__

# STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs. To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

*DEFINITIONS*

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any persons in control of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(2), (31).

---

**1. Income from employment or operation of business**

None
☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| $792.00 | 2012 Net Income |
| $0.00 | 2011 <2,240> net operating loss |

---

**2. Income other than from employment or operation of business**

None
■

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

AMOUNT                SOURCE

B7 (Official Form 7) (04/13)
2

### 3. Payments to creditors

None ■

**Complete a. or b., as appropriate, and c.**

a.  *Individual or joint debtor(s) with primarily consumer debts:*  List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

None ■

b.  *Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $6,225*.  If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency.  (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|

None ■

c.  *All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

### 4. Suits and administrative proceedings, executions, garnishments and attachments

None □

a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| **Us Bank et al v. LC Flooring et al 10 L 8629** | **Collection** | **Cook County Law Dept.** | **Pending** |
| **Maragos v. 205 lc Inc. et al** | **Collection** | **Law Division Cook County** | **Pending** |

None ■

b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

*Amount subject to adjustment on 4/01/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

B7 (Official Form 7) (04/13)
3

**5. Repossessions, foreclosures and returns**

None
■

List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- |

**6. Assignments and receiverships**

None
☐

a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
| --- | --- | --- |
| **A-American Flooring** | **Sept 2012** | **Only assets of corporation are 6-7 piece of used floor stripping and buffing equip. They are residential grade and one person standup machines. These are located at the address on Voluntary Petition. Their value is basically nothing.** |

None
■

b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- | --- |

**7. Gifts**

None
■

List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
| --- | --- | --- | --- |

**8. Losses**

None
■

List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
| --- | --- | --- |

B7 (Official Form 7) (04/13)
4

**9.  Payments related to debt counseling or bankruptcy**

None
☐

List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of the petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYER IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **Cutler & Associates, Ltd.**<br>**8430 Gross Point Road #201**<br>**Skokie, IL 60077** | **Dec 2012** | **1194** |

**10.  Other transfers**

None
■

a.  List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|

None
■

b.  List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR'S INTEREST IN PROPERTY |
|---|---|---|

**11.  Closed financial accounts**

None
☐

List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|
| **First Merit Bank** | **Checking** | **Sept 2012 0** |

**12.  Safe deposit boxes**

None
■

List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
|---|---|---|---|

**13.  Setoffs**

None
■

List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

B7 (Official Form 7) (04/13)
5

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
|---|---|---|

### 14.  Property held for another person

None
■    List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
|---|---|---|

### 15.  Prior address of debtor

None
■    If the debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
|---|---|---|

### 16. Spouses and Former Spouses

None
■    If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

### 17. Environmental Information.

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law

None
■    a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None
■    b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None
■    c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
|---|---|---|

B7 (Official Form 7) (04/13)
6

**18 . Nature, location and name of business**

None
■

a. *If the debtor is an individual*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

*If the debtor is a partnership*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|------|------|------|------|------|

None
■

b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

| NAME | ADDRESS |
|------|---------|

---

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within **six years** immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor, or self-employed in a trade, profession, or other activity, either full- or part-time.

*(An individual or joint debtor should complete this portion of the statement **only** if the debtor is or has been in business, as defined above, within six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

---

**19. Books, records and financial statements**

None
☐

a. List all bookkeepers and accountants who within **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

| NAME AND ADDRESS | DATES SERVICES RENDERED |
|------------------|-------------------------|
| **Tri-State Accounting**<br>**5840 W Irving Park Rd**<br>**Chicago, IL 60634** | **2011** |
| **Income Tax Preparing Inc.**<br>**4324 W LAwrence Ave.**<br>**Chicago, IL 60630** | **2012** |

None
■

b. List all firms or individuals who within the **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

| NAME | ADDRESS | DATES SERVICES RENDERED |
|------|---------|-------------------------|

None
■

c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

| NAME | ADDRESS |
|------|---------|

None
■

d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued by the debtor within **two years** immediately preceding the commencement of this case.

B7 (Official Form 7) (04/13)
7

| NAME AND ADDRESS | DATE ISSUED |
|---|---|

---

### 20. Inventories

None ■ a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

| DATE OF INVENTORY | INVENTORY SUPERVISOR | DOLLAR AMOUNT OF INVENTORY (Specify cost, market or other basis) |
|---|---|---|

None ■ b. List the name and address of the person having possession of the records of each of the inventories reported in a., above.

| DATE OF INVENTORY | NAME AND ADDRESSES OF CUSTODIAN OF INVENTORY RECORDS |
|---|---|

---

### 21 . Current Partners, Officers, Directors and Shareholders

None ■ a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

| NAME AND ADDRESS | NATURE OF INTEREST | PERCENTAGE OF INTEREST |
|---|---|---|

None ☐ b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

| NAME AND ADDRESS | TITLE | NATURE AND PERCENTAGE OF STOCK OWNERSHIP |
|---|---|---|
| **Ioan Cont**<br>**1600 W Chase Apt 3a**<br>**Chicago, IL 60626** | **President** | **100% shareholder** |

---

### 22 . Former partners, officers, directors and shareholders

None ■ a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case.

| NAME | ADDRESS | DATE OF WITHDRAWAL |
|---|---|---|

None ■ b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS | TITLE | DATE OF TERMINATION |
|---|---|---|

---

### 23 . Withdrawals from a partnership or distributions by a corporation

None ■ If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

| NAME & ADDRESS OF RECIPIENT, RELATIONSHIP TO DEBTOR | DATE AND PURPOSE OF WITHDRAWAL | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

---

### 24. Tax Consolidation Group.

None ■ If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement of the case.

| NAME OF PARENT CORPORATION | TAXPAYER IDENTIFICATION NUMBER (EIN) |
|---|---|

B7 (Official Form 7) (04/13)
8

**25. Pension Funds.**

None
■

If the debtor is not an individual, list the name and federal taxpayer-identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case.

NAME OF PENSION FUND                                    TAXPAYER IDENTIFICATION NUMBER (EIN)

* * * * * *

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct to the best of my knowledge, information and belief.

Date  **August 31, 2013**                 Signature   **/s/ Ioan Cont**
                                                       **Ioan Cont**
                                                       **President**

[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571*

# United States Bankruptcy Court
### Northern District of Illinois

In re  **L.C. Flooring Inc.**

                    Debtor(s)

Case No.

Chapter  **7**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.    Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | | |
|---|---|---:|
| For legal services, I have agreed to accept | $ | 1,194.00 |
| Prior to the filing of this statement I have received | $ | 1,194.00 |
| Balance Due | $ | 0.00 |

2.    $  **306.00**  of the filing fee has been paid.

3.    The source of the compensation paid to me was:

    ■ Debtor    ☐ Other (specify):

4.    The source of compensation to be paid to me is:

    ■ Debtor    ☐ Other (specify):

5.    ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

    ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

6.    In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

    a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
    b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
    c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
    d.  [Other provisions as needed]
        **Negotiations with secured creditors to reduce to market value; exemption planning; preparation and filing of reaffirmation agreements and applications as needed; preparation and filing of motions pursuant to 11 USC 522(f)(2)(A) for avoidance of liens on household goods.**

7.    By agreement with the debtor(s), the above-disclosed fee does not include the following service:
    **Representation of the debtors in any dischargeability actions, judicial lien avoidances, relief from stay actions or any other adversary proceeding.**

### CERTIFICATION

    I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

Dated:  **August 31, 2013**

/s/ **David H. Cutler**
**David H. Cutler**
**Cutler & Associates, Ltd.**
**8430 Gross Point Road #201**
**Skokie, IL 60077**
**847-673-8600  Fax: 847-673-8636**
**stuartlswanson@gmail.com**

# United States Bankruptcy Court
### Northern District of Illinois

In re   **L.C. Flooring Inc.**                                        Case No.
_____   Chapter   **7**
                                    Debtor(s)

## VERIFICATION OF CREDITOR MATRIX

Number of Creditors: _____ **168**

The above-named Debtor(s) hereby verifies that the list of creditors is true and correct to the best of my (our) knowledge.

Date:   **August 31, 2013**                **/s/ Ioan Cont**
_____       _____
                                    **Ioan Cont/President**
                                    Signer/Title

A American Custom- Niles
7777 N. Caldwell
Niles, IL 60714


Allied Interstate
3000 Corporate Exchange Dr 5th Fl
Columbus, OH 43231


Allied Waste
2608 S. Damen
Chicago, IL 60608


American Express
American Express Special Research
Po Box 981540
El Paso, TX 79998


American Express
American Express Special Research
Po Box 981540
El Paso, TX 79998


American Express
American Express Special Research
Po Box 981540
El Paso, TX 79998


American Express
American Express Special Research
Po Box 981540
El Paso, TX 79998


American Family Insuracne
6000 American Pkwy
Madison, WI 53783


American Family Insuracne
PO Box 9432
Minneapolis, MN 55440


American Family Insuracne
4802 Mitchell Ave
St. Joseph, MO 64507

American family Insurance
Madison, WI 53777-0001


Apple Store, Old Orchard
4999 Old Orchard Center
Skokie, IL 00060-0477


ARS National Services
PO BOX 463023
Escondido, CA 92046-3023


Assurant Solutions
PO Box 105272
Atlanta, GA 30348


AT&T
c/o Accord Creditor Services
PO BOX 10002
Newman, GA 30271


ATT
PO Box 8105
Aurora, IL 60507


Attorney General
c/o Mark Ishu
100 West Randolph 13th Fl
Chicago, IL 60601


Attorney Kimerly J. Weissman
633 Skokie Blvd, Ste. 400
Northbrook, IL 60062


Bank of America
PO Box 53150
Phoenix, AZ 85072


Bank of America
PO Box 53150
Phoenix, AZ 85072


Bank of America
PO Box 17295
Wilmington, DE 19850

Bank of America
PO BOX 53150
Phoenix, AZ 85072-3150


Bank Of America, N.a.
450 American St
Simi Valley, CA 93065


Bank Of America, N.a.
450 American St
Simi Valley, CA 93065


Bank Of America, N.a.
450 American St
Simi Valley, CA 93065


Bank Of America, N.a.
450 American St
Simi Valley, CA 93065


Bank Of America, N.a.
450 American St
Simi Valley, CA 93065


Bank Of America, N.a.
450 American St
Simi Valley, CA 93065


Bank Of America, N.a.
450 American St
Simi Valley, CA 93065


Bank Of America, N.a.
450 American St
Simi Valley, CA 93065


Bank Of America, N.a.
450 American St
Simi Valley, CA 93065


Barhorst & Associates PC
901 W Jackson Blvd, Ste 301
Chicago, IL 60607

Berger, Newmark & Fenchel PC
1753 N. Tripp Ave
Chicago, IL 60639


Blitt and Gaines PC
661 Glenn Ave
Wheeling, IL 60090


Blitt and Gaines, PC
661 Glenn Ave
Wheeling, IL 60090


Bloomingdales
PO Box 183083
Columbus, OH 43218


Bloomingdales
PO Box 183083
Columbus, OH 43218


BSB Direct Finance, LLC
PO Box 2149
Gig Harbor, WA 98335


Cassidy Tire and Service
7220 N. Cicero Ave
Lincolnwood, IL 60172


CD Peacock
1128 Northbrook Ct
Northbrook, IL 60062


Chaet Kaplan Baim Firm
30 N LaSalle St. Ste. 1520
Chicago, IL 60602


Chase
Po Box 15298
Wilmington, DE 19850


Chase
PO Box 15153
Wilmington, DE 19886

Chase Manhattan
Attn:  Bankruptcy Research Dept
3415 Vision Dr., Mail Code Oh4-7302
Columbus, OH 43219


Chrysler Credit/TD Auto Finance
Attention: Bankruptcy
Po Box 551080
Jacksonville, FL 32255


Cit y of Chicago
Dept. of Business Affairs
121 N LaSalle St. Rm 800
Chicago, IL 60602


Citi
CitiCard Credit Services/Centralized Ban
Po Box 20507
Kansas City, MO 64195


Citibank Sd, Na
Attn: Centralized Bankruptcy
Po Box 20507
Kansas City, MO 64195


Citibank Sd, Na
Attn: Centralized Bankruptcy
Po Box 20507
Kansas City, MO 64195


Citibank Usa
Citicorp Credit Services/Attn: Centraliz
Po Box 20363
Kansas City, MO 64195


Codilis & Associates, PC
15W030 N. Frontage Rd, Ste. 100
Burr Ridge, IL 60527


Codilis & Associates, PC
15w030 North Frontage Rd Ste. 100
Willowbrook, IL 60527


Collect America Commercial Services
16011 College Blvd, Ste. 101
Lenexa, KS 66219

Comcast
c/o Stellar Recovery
1327 Highway 2 W, Suite 100
Kalispell, MT 59901-3413


Comcast Cable
PO Box 3002
Southeastern, PA 19398-3002


ComEd
PO Box 6111
Carol Stream, IL 60197


ComEd
PO Box 6111
Carol Stream, IL 60197


Complete Payment Recovery Services
PO BOX 30031
Tampa, FL 33630-3031


Complete Payment Recovery Services
PO BOX 30032
Tampa, FL 33630-3032


Connor & Gallagher
4933 Lincoln Ave
Lisle, IL 60532


Crd Prt Asso
Attn: Bankruptcy
Po Box 802068
Dallas, TX 75380


Credit Collection Services
Two Wells Avenue
Newton, MA 02459


Credit Collection Services
Two Wells Ave
Newton, MA 02459


Credit Collection Services
Two Wells AVe
Newton Center, MA 02459

Credit Protection Association L. P.
13355 Noel Road
Dallas, Tx 75240


DebtAlert
PO Box 280431
East Hartford, CT 06128


Deem T. Maragos
1 N. Lasalle, Ste 2200
Chicago, IL 60602


Demetrios J. Haleas
3940 W. Touhy Ave, Ste. 1
Lincolnwood, IL 60712


Direct TV
PO Box 60036
Los Angeles, CA 90060


Discover Bank
c/o Budzik & Dynia, LLC
4849 N. Milwaukee Ave.
Suite 801
Chicago, IL 60630


Discover Fin
Attention: Bankruptcy Department
Po Box 3025
New Albany, OH 43054


Dsnb Bloom
Macy's Bankruptcy Dept.
9111 Duke Blvd.
Mason, OH 45040


ER Solutions Inc
PO Box 9004
Renton, WA 98057


First Merit Bank
295 First Merit Circle
Akron, OH 44307

First Merit Bank
294 First Merit Cir.
Akron, OH 44307-2358


First Merit Bank
295 First Merit Cir.
Akron, OH 44307-2359


Fortessa
c/o Teller, Levit & Silvertrust
11 East Adams Ste. 800
Chicago, IL 60603


Fortessa Inc
22601 Davis Dr
Sterling, VA 20164


GE Money
PO Box 960061
Orlando, FL 32896


Gemb/JC Penny
Attention: Bankruptcy
Po Box 103104
Roswell, GA 30076


Gemb/mohawk Color Cent
Attention: Bankruptcy
Po Box 103104
Roswell, GA 30076


Gerber Collision and Glass
8250 Skokie Blvd
Skokie, IL 60077


Glenview State Bank
800 Waukegan Rd
Glenview, IL 60025


Green Summer Landscaping Inc
800 E Ironwood Dr
Mt Prospect, IL 60056

Harris Bank
PO BOX 6201
Carol Stream, IL 60197-6201


Harris Bank/Attn: BK Notices
3800 Golf Road, Ste. 300
Rolling Meadows, IL 60008


Harris Bank/Attn: BK Notices
3801 Golf Road, Ste. 300
Rolling Meadows, IL 60009


Harris N.a.
Bmo-Attention: Legal Service
1100 W. Monroe 421 E
Chicago, IL 60603


Home Dept
890 Oak Creek Dr.
Lombard, IL 60148


Hopper Architectural Products
1131 Douglass Rd
Batavia, IL 60510


Hsbc Bank
Attn: Bankruptcy
Po Box 5213
Carol Stream, IL 60197


Hsbc Bank
Po Box 5253
Carol Stream, IL 60197


Hsbc Nv
Attention: Bankruptcy
Po Box 5213
Carol Stream, IL 60197


Illinois Collection Service
PO Box 1010
Tinley Park, IL 60477

Illinois Department of Revenue
PO Box 19035
Springfield, IL 62794-9035


Ira Nevel
175 N Franklin #201
Chicago, IL 60606


Kohner Mann & Kailas
4650 N. Port Washington Rd
Milwaukee, WI 53212


Law Office of Ira T. Nevel
175 N. Franklin, Ste. 201
Chicago, IL 60606


Law Office of Michael Radzilowsky, Esq
234 S Wabash 7th Flr
Chicago, IL 60604


Law Office of Robert L. Pattullo
10 S. LaSalle St, Ste. 3400
Chicago, IL 60603


Loyola University Health Sys.
PO Box 4866
Oak Brook, IL 60522


Loyola University Medical Center
PO Box 3266
Milwaukee, WI 53201


LTD Financial Services LP
7322 Southwest Frwy, Ste 1600
Houston, TX 77074


Maragos & Maragos Ltd
1 North LaSalle Ste 2200
Chicago, IL 60602


Margos & Margos, Ltd
c/o Kenneth A. Henry
1 North LaSalle St, Ste. 2200
Chicago, IL 60602

Michael D. Fine
131 S. Dearborn St, Flr 5
q
Chicago, IL 60603


Michael Fine
131 S Dearborn
Chicago, IL 60603


Michael Radzilowsky, Esq
234 S. Wabash, 7th Flr
Chicago, IL 60604


Mid America Federal S&
55th And Holmes
Clarendon Hill, IL 60514


Mid America Federal S&
55th And Holmes
Clarendon Hill, IL 60514


Mid-West National Life Insurance Company
9151 Boulevard 26  PO Box 982101
North Richards Hills, TX 76182


Nationwide Credit & Colleciton, Inc
815 Commerce Dr Ste 270
Oak Brook, IL 60523


Nationwide Credit Inc
2015 Vaughn Rd NW Blvd. 400
Kennesaw, GA 30144


NCO Financial System Inc
507 Prudential Rd.
Horsham, PA 19044


NCO Financial Systems
PO Box 17080
Wilmington, DE 19850


Necc Telecom Inc
PO Box 4487
Carol Stream, IL 60197

```
Nicor Gas
Attention:  Bankruptcy Department
Po Box 190
Aurora, IL 60507


Nicor Gas
Attention:  Bankruptcy Department
Po Box 190
Aurora, IL 60507


Nicor Gas
Attention:  Bankruptcy Department
Po Box 190
Aurora, IL 60507


Nicor Gas
PO Box 632
Aurora, IL 60507-0632


North Community Bank
3639 N Broadway
Chicago, IL 60613


Office Max
5507 W. Touhy Ave.
Skokie, IL 60077


Onmi Credit Services of Florida
PO Box 31179
Tampa, FL 33631


Orlic Plumbing and Heating
4411 Elston Ave.
Chicago, IL 60630


Ovidiu Stelian Demien
7025 N. Kenton
Lincolnwood, IL 60712


Park National Bank
PO Box 4000
Oak Park, IL 60303
```

Pawnee
700 Center Ave
Fort Collins, CO 80526


Pawnee Leasing Corp
700 Centre Ave
Fort Collins, CO 80526


Peoples Gas
130 East Randoph Street
Chicago, IL 60601


RDK Collection Services Inc
318 John R. Rd PMB 321
Troy, MI 48083


Receivables Performanc
Po Box 768
Bothell, WA 98041


Richland State Bank
Po Box 89937
Sioux Falls, SD 57109


RMS
77 Hartland St, Ste. 401
East Hartford, CT 06128


Robert L Pattullo
10 S LaSalle Ste. Ste 3400
Chicago, IL 60603


Sears/cbna
Po Box 6282
Sioux Falls, SD 57117


Slater, Tengalia, Fritz&Hunt,PA
Lockbox 2431, PO BOX 8500
Philadelphia, PA 19178-2431


Sprint
PO Box 8077
London, KY 40742

State of Illinois
Department of Employment
PO BOX 802551
Chicago, IL 60680-2551


State of Illinois
Department of Revenue
PO BOX 19035
Springfield, IL 62794-9035


Stavros Korovillas
7029 Lavergne
Chicago, IL 60077


Studio 14 Lincolnwood
4767 W. Touhy
Lincolnwood, IL 60712


Studio 41
4767 W Touhy
Lincolnwood, IL 60712


SunTrust Mortgage
901 Semms Avenue
Richmond, VA 23224


Suntrust Mortgage/cc 5
Attention: Bankruptcy Division
Po Box 85092
Richmond, VA 23286


Talati & Patel, PLLC
1607 E. Big Beaver Rd., Ste. 340
Troy, MI 48083


The Heritage Condominum
130 N. Garland Court
Chicago, IL 60602


Thomas George Associates
PO Box 30
East Northport, NY 11731

Thomas George Associates, Ltd.
PO Box 30
East Northport, NY 11731


Torres Credit Services Inc
27 Fairview Street
Carlisle, PA 17015


Torres Credit Srv
27 Fairview
Carlisle, PA 17013


Transworld Systems
1375 E. Woodfield Rd, #110
Schaumburg, IL 60173


Travelers Argo Insurance Agency
10700 W Higgins RD 230
Rosemont, IL 60018


Travelers Indemnity Co
c/o RMS
77 Hartland St, Suite 401
PO BOX 280431
East Hartford, CT 06128-0431


Tri-State
5840 W Irving RD
Chicago, IL 60634


TRS Recovery Services, Inc.
PO BOX 4812
Houston, TX 77210-4812


TRS Recovery Services, Inc.
PO BOX 4812
Houston, TX 77210-4812


UPAC
PO Box 212516
Kansas City, MO 64121


UPAC
PO BOX 212516
Kansas City, MO 64121-2516

US Bank
PO Box 1800
St. Paul, MN 55101


US Bank
PO Box 790401
St. Louis, MO 63179


US Bank
PO BOX 790401
St. Louis, MO 63179-0401


US Bank
PO BOX 790402
ST. Louis, MO 63179-0402


Village of Skokie
5127 Oakton
Skokie, IL 60077


Village of Skokie
5129 Oakton
Skokie, IL 60079


Weltman Weinberg & Reis
323 W. Lakeside Ave, Ste 200
Cleveland, OH 44113


Williams Sonama
113 Old Orchard Center, Ste D113
Skokie, IL 60077


Zwicker & Associates
7366 N. Lincoln Ave, Ste 404
Lincolnwood, IL 60712


Zwicker & Associates
7366 N Lincoln Ave.
Lincolnwood, IL 60712

# United States Bankruptcy Court
## Northern District of Illinois

In re   **L.C. Flooring Inc.**

Debtor(s)

Case No.

Chapter   **7**

### CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   **L.C. Flooring Inc.**   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**August 31, 2013**

Date

**/s/ David H. Cutler**

**David H. Cutler**

Signature of Attorney or Litigant

Counsel for   **L.C. Flooring Inc.**

**Cutler & Associates, Ltd.**
**8430 Gross Point Road #201**
**Skokie, IL 60077**
**847-673-8600 Fax:847-673-8636**
**stuartlswanson@gmail.com**